## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| **MICHELLE CROSS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:12-cv-02422-JTF-tmp** |
| | ) | |
| **KOWA PHARMACEUTICALS** | ) | |
| **AMERICA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Michelle Cross ("Plaintiff" or "Cross") voluntarily dismisses with prejudice the above-styled action pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure against Defendant Kowa Pharmaceuticals America, Inc. ("Defendant" or "Kowa").  Unless otherwise stipulated, each Party shall bear its or her own attorneys' fees and costs.

Respectfully submitted this 21st day of June, 2013.

/s/ Natasha L. Wilson
Natasha L. Wilson, admitted pro hac vice
Georgia Bar No. 371233
WilsonN@gtlaw.com
Tel. (678) 553-2182
Fax. (678) 553-2183

Todd D Wozniak, admitted pro hac vice
Georgia Bar No. 777275
WozniakT@gtlaw.com
Tel. (678) 553-7326
Fax. (678) 553-7327

Keshia A. McCrary, admitted pro hac vice
Georgia Bar No. 751051
McCraryK@gtlaw.com
Tel. (678) 553-2153
Fax. (678) 553-2154

/s/ Dan M. Norwood
(by Natasha L. Wilson with express permission)
Dan M. Norwood
Tennessee Bar No. 5926
dannorwood@nhalaw.com
Tel. (901) 528-8300
Fax.  (901) 529-9101

**NORWOOD & ATCHLEY**
266 South Front Street, Suite 206
Memphis, TN  38103
*Counsel for Michelle Cross*

**GREENBERG TRAURIG, LLP**
Terminus 200 – Suite 2500
3333 Piedmont Road
Atlanta, Georgia  30305
Tel. (678) 553-2100
Fax. (678) 553-2154

Van D. Turner, Jr.
Tennessee Bar No. 022603
vturner@bruce-turner.com
Tel. (901) 271-3790
Fax. (901) 271-3780

**BRUCE & TURNER, PLLC**
The Community Bank Building
6465 Quail Hollow Road, Suite 102-103
Memphis, Tennessee 38120
*Counsel for Kowa Pharmaceuticals America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** has been served via the Court's Electronic Filing System to the following:

> Dan M. Norwood
> Norwood & Atchley
> 266 South Front Street, Suite 206
> Memphis, TN  38103

This 21st day of June, 2013.

*/s/ Natasha L. Wilson*
Counsel for Kowa Pharmaceuticals America, Inc.