IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHELLE CROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:12-cv-02422-JTF-tmp |
| v. | ) |
| | ) |
| KOWA PHARMACEUTICALS AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER OF STIPULATED DISMISSAL**

Pursuant to the Stipulation of Dismissal with Prejudice filed in this matter, this Court is of the opinion that this matter should be dismissed with prejudice. It is therefore, ORDERED that this case is DISMISSED with prejudice with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED this 21st day of June, 2013.

BY THE COURT:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge