IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| MICHELLE CROSS,<br><br>            Plaintiff,<br><br>v.<br><br>KOWA PHARMACEUTICALS<br>AMERICA, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   Case No. 2:12-cv-02422-JTF-tmp<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Stipulated Dismissal, filed on June 21, 2013, this matter is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

June 21, 2013                              s/Thomas M. Gould
Date                                              Clerk of Court

                                                    s/ Erica M. Evans
                                                    (By)  Law Clerk